# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| ETHEL MARIE ADAMS, ET AL. | CIVIL ACTION NO. 24-0950 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WAYNE WELSH, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, American Bankers Insurance Company's Motion to Dismiss (Record Document 41) is **GRANTED**. Plaintiffs' claims against American Bankers Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 5th day of March, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE