**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ETHEL MARIE ADAMS ET AL** | **CASE NO. 6:24-CV-00950** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **WAYNE WELSH ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# MINUTES

A telephone conference was held on August 19, 2026, starting at 2:30 p.m. and ending at 2:36 p.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Medlock Harbison for Plaintiffs, Joy Rabalais for Welsh and Village of Esterwood, and Jason Reed for Emily Mire.

The parties agreed to reset trial for September 13, 2027, with a pretrial conference on August 13, 2027, at 2:30 p.m. A separate order and updated scheduling order shall be issued.

Signed at Lafayette, Louisiana, this 20th day of August, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

[1] Statistical time: 6 minutes.