**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ETHEL MARIE ADAMS ET AL** | **CASE NO. 6:24-CV-00950** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **WAYNE WELSH ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# ORDER

As discussed during the August 19, 2026 conference,

IT IS ORDERED that trial is re-set for September 13, 2027, before Judge Hicks in Lafayette. A pretrial conference is set for August 13, 2027, at 2:30 p.m. in chambers with Judge Hicks.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a new scheduling order commencing with the deadline for Plaintiff's expert info/reports.

Signed at Lafayette, Louisiana on this 20th day of August, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE